UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH RAIMONDO,

    Plaintiff,

                                      Case No. 04-74287

v.

                                      HON. DENISE PAGE HOOD

THOMAS F. MYERS, et al.,

    Defendants.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## AND DISMISSING ACTION

    This matter is before the Court on Magistrate Judge Wallace Capel, Jr.'s Report and Recommendation dated January 6, 2005. Petitioner filed an Objection to the Report and Recommendation on January 27, 2006.

    Magistrate Judge Capel issued an Order to Show Cause why the remaining Defendants should not be dismissed for lack of service. Plaintiff filed a response to the Order to Show Cause. The Magistrate Judge concluded that Plaintiff had not shown good cause to justify a failure to effect timely service. The Magistrate Judge recommended that this Court enter an order dismissing Plaintiff's claims against Armada Village, Inc., Nancy Parmenter, Joseph Golembiewski, Robert Standfest, Meadowbrook Claims Service, Ralph Goode, and John Doe.

    The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusion for the proper reasons.

    Accordingly,

It is ORDERED that the Report and Recommendation of Magistrate Judge Wallace Capel, Jr. **[Docket No. 42, filed January 6, 2006]** is ACCEPTED and ADOPTED as this Court's findings and conclusions of law.

It is further ORDERED that Plaintiff's claims against Armada Village, Inc., Nancy Parmenter, Joseph Golembiewski, Robert Standfest, Meadowbrook Claims Service, Ralph Goode, and John Doe are DISMISSED without prejudice.

It is further ORDERED that this action is DISMISSED, the court having previously entered an order dismissing the other Defendants on October 25, 2005.

    /s/ DENISE PAGE HOOD
DENISE PAGE HOOD
United States District Judge

DATED: June 30, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 30, 2006, by electronic and/or ordinary mail.

s/William F. Lewis
Case Manager